JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

JS-6

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.: 2:15-cv-3956 R(RAOx) |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOSE AYON, AKA JOSE R. AYON | |
| Defendant(s). | |

    IT IS SO ORDERED, and case no.: 2:15-cv-3956 R(RAOx); United States of America v. Jose Ayon, aka Jose R. Ayon is Dismissed without prejudice.

DATED: July 27, 2015

_____
Honorable Manuel R. Real
United States District Judge

-1-